IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thomas Cantanese,                            :
                        Petitioner            :
                                              :
            v.                                :
                                              :
Workers' Compensation Appeal                  :
Board (RTA Services Co., Inc.),               :    No. 1739 C.D. 2019
                        Respondent            :

# O R D E R

AND NOW, this 4th day of November, 2020 it is ORDERED that the above-captioned opinion filed July 21, 2020, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge